IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-40086-01-RDR |
| ) | |
| GABRIEL CHRISTIAN SEIM, ) | |
| Defendant. ) | |

## O R D E R

**NOW** on this 26th day of October, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of two (2) weeks within which to file motions. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including November 8, 2011 to file motions in the above-entitled action, and the government shall have until November 16, 2011 to file responses. The hearing on said motions shall be held on December 1, 2011 at 10:00 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge